**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CORNELIUS COLEMAN, *on behalf of themselves*
*and all others similarly situated*; LINDA HORAN,
*on behalf of themselves and all others similarly*
*situated,*

                     Plaintiffs,

        -against-

RAILWORKS CORPORATION; KEVIN
RIDDETT; BOB CUMMINGS,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 2428 (GBD)

GEORGE B. DANIELS, United States District Judge:

The November 5, 2020 initial conference is adjourned to December 3, 2020 at 9:30 a.m.

Additionally, Defendants' time to respond to the complaint is extended to December 3, 2020.

Dated: October 20, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge