# Thomas & Solomon LLP
THE EMPLOYMENT ATTORNEYS

November 23, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

    Re:    <u>Coleman, et al. v. RailWorks Corp., et al.</u>
           No. 1:20-cv-02428-GBD

Dear Judge Daniels:

    I write on behalf of both parties to provide the Court with an update on settlement.

    As the Court is aware, the parties reached a settlement in principle following a full-day mediation. *See* Dkt. No. 18. Since that time, the parties have completed the drafting of the settlement agreement and are in the process of gathering signatures. As such, following the Thanksgiving holiday, the parties anticipate filing a motion for preliminary approval on November 30, 2020.

    Additionally, the Court previously scheduled an initial conference for December 3, 2020. *See* Dkt. No. 19. In light of the forthcoming preliminary approval papers, the parties respectfully request an adjournment of this conference. If the request meets your approval, a "So Ordered" line is included herein for your convenience.

    Thank you for your courtesies in this matter. If the Court has any questions, please do not hesitate to contact our office.

                              Respectfully submitted,

                              /s/ Jessica L. Lukasiewicz

                              Jessica L. Lukasiewicz

cc:    Linn F. Freedman (via ECF)
        Wystan M. Ackerman (via ECF)

NOV 2 3 2020

SO ORDERED.

*[signature: George B. Daniels]*

Honorable Hon. George B. Daniels
United States District Judge