**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORNELIUS COLEMAN AND LINDA HORAN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RAILWORKS CORPORATION, KEVIN RIDDETT AND BOB CUMMINGS,<br><br>                    Defendants. | Case No. 20-civ-02428 (GBD) |

**PLEASE TAKE NOTICE** that, on a date and time convenient to the Court, Plaintiff in the above-captioned matter will move this Court, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e) for an order: (1) certifying the proposed Settlement Class; (2) naming Plaintiffs as class representatives; (3) appointing Finkelstein, Blankenship, Frei-Pearson & Garber, LLP and Thomas & Solomon LLP as Class Counsel; (4) granting preliminary approval to the Settlement Agreement; (5) approving the proposed Notice Plan; (6) scheduling a final fairness hearing; and (7) granting such further relief the Court deems reasonable and just.

In support of this motion, Plaintiff respectfully submits the accompanying memorandum of law.

Dated: White Plains, New York
       November 30, 2020

                                                          */s/Jeremiah Frei-Pearson*
                                                          Jeremiah Frei-Pearson
                                                          **FINKELSTEIN, BLANKINSHIP,**
                                                          **FREI-PEARSON & GARBER, LLP**
                                                          One North Broadway, Suite 900
                                                          White Plains, New York 10601
                                                          Tel: (914) 298-3281
                                                          Fax: (914) 824-1561
                                                          jfrei-pearson@fbfglaw.com

/s/ Jessica L. Lukasiewicz_____
Jessica L. Lukasiewicz
J. Nelson Thomas
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 14607
Tel: (585) 272-0540
jlukasiewicz@theemploymentattorneys.com
nthomas@theemploymentattorneys.com

*Attorneys for Plaintiffs and the Putative Class*