UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIUS COLEMAN AND LINDA HORAN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>RAILWORKS CORPORATION, KEVIN RIDDETT AND BOB CUMMINGS,<br><br>            Defendants. | Case No. 20-civ-02428 (GBD) |

NOTICE OF UNCONTESTED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, on a date and time convenient to the Court, Plaintiffs in the above-captioned matter will move for final approval of class action settlement. In support of this motion, Plaintiffs will submit a memorandum of law, the Declaration of Jeremiah Frei-Pearson, the Declaration of Jessie M. Mahn of Epiq Class Action and Claims Solutions, Inc., and the exhibits to the foregoing declarations.

Dated: April 22, 2021
       White Plains, New York

By:    */s/ Jeremiah Frei-Pearson*
       Jeremiah Frei-Pearson
       Andrew C. White
       **FINKELSTEIN, BLANKINSHIP,**
       **FREI-PEARSON & GARBER, LLP**
       One North Broadway, Suite 900
       White Plains, New York 10601
       Tel: (914) 298-3281
       jfrei-pearson@fbfglaw.com
       awhite@fbfglaw.com

Jessica L. Lukasiewicz
J. Nelson Thomas
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 14607
Tel: (585) 272-0540
jlukasiewicz@theemplomentattorneys.com
nthomas@theemploymentattorneys.com

*Attorneys for Plaintiffs &
the Putative Class*