UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIUS COLEMAN AND LINDA HORAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>RAILWORKS CORPORATION, LEVIN RIDDETT AND BOB CUMMINGS,<br><br>        Defendants | Case No.: 20-civ-02428 (GBD) |

**DECLARATION OF JESSIE M. MAHN REGARDING
(I) CAFA NOTICE; (II) MAILING OF NOTICE; (III) CALL CENTER
SERVICES; (IV) THE SETTLEMENT WEBSITE; (V) REQUESTS FOR
EXCLUSION AND OBJECTIONS RECEIVED TO DATE; AND (VI)
CLAIM FORM SUBMISSIONS**

I, Jessie M. Mahn, declare and state as follows:

  1.  I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement and Approving Notice Program dated January 04, 2021 (Dkt. No. 31) (the "Preliminary Approval Order"), Epiq was authorized to act as the Settlement Administrator for the Settlement in the above-captioned action

1

(the "Action").[1]

2.  The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.  I submit this Declaration in order to provide the Court and the Parties with information regarding, among other things, the mailing of the Court-approved Settlement Postcard Notice and Settlement Electronic Notice, the mailing of the Court-approved Reminder Notice, and establishment of the website and toll-free number dedicated to this class action, in accordance with the Preliminary Approval Order.

**I.   CAFA NOTICE**

4.  As set forth in the Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice (attached hereto as Exhibit A), Epiq, on behalf of Defendants, was responsible for serving notice of the proposed Settlement in accordance with the requirements of the Class Action Fairness Act, 28 U.S.C. § 1715(b).

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Class Action Settlement Agreement and Release, dated November 25, 2020 (the "Settlement Agreement").

## II.     MAILING OF THE NOTICES

5.     Pursuant to the Preliminary Approval Order, Epiq was responsible for disseminating the Settlement Electronic Notice and the Settlement Postcard Notice to potential Class Members at the email and mailing addresses set forth in the records provided by RailWorks Corporation ("RailWorks"). By definition, Class Members are all individuals who are citizens and/or residents of the United States of America and satisfy the following requirements: (1) the individual is an employee, former employee, beneficiary or dependent of an employee or former employee, or a vendor of RailWorks that received IRS Form 1099; and (2) the individual's personal information was affected by the Security Incident (as reflected by RailWorks' records pertaining to the Security Incident) (the "Class"). The Class does not include any other individuals and does not include any entities.

6.     On January 8, 2021, Epiq received from RailWorks, the names, email addresses (if known) and mailing addresses of potential members of the Class[2] (as required by Paragraph 13 of the Preliminary Approval Order. The data contained

---

[2] Epiq had been hired by RailWorks to handle the data breach notice in relation to the original Cyber Security Incident that occurred on January 14, 2020 that forms the basis of the Action. RailWorks provided Epiq with names and addresses of those affected so that Epiq could conduct a data breach notice program. Thus, Epiq already had the list of all potential class members prior to entry of the Preliminary Approval Order. The list provided by RailWorks on January 8, 2021 supplemented this original list with any additional known email addresses RailWorks had as required under the Settlement Agreement.

4,081 valid email addresses and 20,763 unique potential Class Member records.

7. On January 19, 2021, Epiq caused the Settlement Electronic Notice to be sent via electronic mail to the 4,081 Class Members with valid email addresses. 3,038 of the Settlement Electronic Notices were delivered, 1,004 were undelivered, and 39 were rejected or invalid email addresses.

8. On February 2, 2021 Epiq caused the Settlement Postcard Notice to be mailed by the U.S. Postal Service ("USPS") to the 17,725 potential Class Members who either did not have a valid email address on record or did not receive a Settlement Electronic Notice. Copies of the Settlement Electronic Notice sent via email and Settlement Postcard Notice mailed to potential Class Members are attached hereto as Exhibit B.

9. In total, Epiq mailed and emailed 21,806 copies of the Settlement Notices as part of the initial mailing.

10. When a Settlement Postcard Notice was returned as undeliverable, Epiq conducted address research via Transunion to identify a new address, if any for the potential Class Member. If an updated address was obtained, Epiq promptly remailed the Settlement postcard Notice to the potential Class Member.

11. As of April 21, 2021, Epiq has re-mailed 23 Settlement Postcard Notices to persons whose notice was returned by the USPS and for whom updated addresses were provided by the USPS or obtained through Epiq's address research.

12. On March 19, 2021, Epiq caused the Settlement Reminder Notice to be sent via electronic mail or mailed to any Class Member who had not yet submitted a Claim Form, opted out, or objected. The Settlement Reminder Notice was sent via electronic mail to 3,012 Class Members and was mailed by USPS to 15,470 Class Members. Copies of the Settlement Reminder Notices are attached hereto as Exhibit C.

13. In total, Epiq disseminated 18,482 Settlement Reminder Notices.

14. As of April 21, 2021, Epiq has re-mailed 8 Settlement Reminder Notices to persons whose notice was returned by the USPS and for whom updated addresses were provided by the USPS or were obtained through Epiq's address research.

### III. CALL CENTER SERVICES

15. Epiq reserved a toll-free phone number for the Settlement, (855) 940-5294, and published that toll-free number in the Notices and on the Settlement Website.

16. The toll-free number became operational on January 15, 2021. The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides potential Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded. The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week.

Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions. The IVR also allows callers to request that a copy of the Settlement Long-Form Notice, or a copy of the Claim Forms be mailed to them.

## IV. THE SETTLEMENT WEBSITE

17. In accordance with Paragraph 14(e) of the Preliminary Approval Order, Epiq, in coordination with Counsel, designed, implemented, and currently maintains a website dedicated to the Action (www.RWColemanSettlement.com) (the "Settlement Website"). The address for the Settlement Website is set forth in the Settlement Electronic Notice and Settlement Postcard Notice.

18. The Settlement Website became operational on January 15, 2021, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claims-filing deadlines and the date and time of the Court's Settlement Hearing. The Settlement Website also includes a link to two claim filing modules through which Class Members can submit their claims for Time Reimbursement and/or Identity Theft Monitoring Benefits. In addition, copies of the Long-Form Notice, Proof of Claim Forms, Settlement Agreement, all papers submitted in support thereof, Preliminary Approval Order, and other documents

related to the Action are posted on the Settlement Website and are available for downloading. Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

## V.   REQUESTS FOR EXCLUSION AND OBJECTIONS

19. The Settlement Electronic Notice, Settlement Postcard Notice, and Settlement Website inform Class Members that requests for exclusion from the Settlement Class must be postmarked no later than May 3, 2021. The Notice directs Class Members who wish to request exclusion to mail their request to RW Coleman Settlement, Settlement Administrator, P.O. Box 2530, Portland, OR 97208-2530. The Notice also sets forth the information that must be included in each request for exclusion. Epiq monitors all mail delivered to this P.O. Box.

20. As of April 21, 2021, Epiq has received no requests for exclusion. Epiq has monitored and will continue to monitor all mail delivered to this address. Epiq will submit a supplemental declaration after the May 3, 2021 deadline addressing any further requests for exclusion received.

21. The Settlement Electronic Notice, Settlement Postcard Notice, and Settlement Website also inform Class Members that they may object to the Settlement. The objection must be in writing and filed with the Court such that they are filed or postmarked by May 3, 2021.

22. Through April 21, 2021, Epiq has not been informed of any objections

to the Settlement.

**VI.   CLAIM FORM SUBMISSIONS**

23.   The Notices and Settlement Website inform Class Members that if they are a Class Member who did not previously sign up for identity theft protection, the deadline to make a Claim for identity theft protection is June 12, 2021.  The Notices and Settlement Website further inform Class Members that the deadline to submit a claim for reimbursement of time spent is 60 days after the last date on which the Class Member expended time or May 18, 2021, whichever is later, but in no event later than April 1, 2023.

24.   Through April 21, 2021, Epiq has received 583 Claim Forms for Identity Theft Protection and 86 Claim Forms for Reimbursement of Lost Time.

25.   These claim counts are preliminary figures as the claims are still in process and subject to ongoing audit analysis.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2021.

_____
Jessie M. Mahn