UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIUS COLEMAN AND LINDA HORAN, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAILWORKS CORPORATION, KEVIN RIDDETT, AND BOB CUMMINGS,<br><br>*Defendants*. | No. 1:20-cv-02428 (GBD) |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES

**PLEASE TAKE NOTICE** that, on May 13, 2021 at 10:30 a.m., Plaintiffs in the above-captioned matter, will move for an award of attorneys' fees, costs, expenses, and incentive payments to class representatives. In support of this motion, Plaintiffs will submit a memorandum of law, the Declaration of Jessica L. Lukasiewicz, the Declaration of Jeremiah Frei-Pearson, and the exhibits to the foregoing declarations.

Dated: May 3, 2021

**THOMAS & SOLOMON LLP**

By:   /s/ Jessica L. Lukasiewicz
      J. Nelson Thomas, Esq.
      Jessica L. Lukasiewicz, Esq.
      Jonathan W. Ferris, Esq.
      693 East Avenue
      Rochester, New York 14607
      Telephone: (585) 272-0540
      nthomas@theemploymentattorneys.com
      jlukasiewicz@theemploymentattorneys.com
      jferris@theemploymentattorneys.com

        **FINKELSTEIN, BLANKINSHIP,**
        **FREI-PEARSON & GARBER, LLP**

By:   /s/
        Jeremiah Frei-Pearson, Esq.
        One North Broadway, Suite 900
        White Plains, New York 10601
        Telephone: (914) 298-3281
        jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiffs and Class Members*